UNITED STATES of America and Dennis P. McCarthy, Special Agent, Petitioners/Appellees,

v.

SILVA AND SILVA ACCOUNTANCY CORPORATION, and Ruldolph F. Silva, Respondents,

David H. Zimmer and Zimmer Service Center, Inc., Intervenors-Appellants.

No. 80–5497.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 8, 1981.

Decided March 20, 1981.

Morgan C. Taylor, Newport Beach, Cal., for intervenors-appellants.

William Whitledge, Dept. of Justice, Washington, D. C., argued for petitioners-appellees; Michael L. Paup, Chief, App. Sec., Washington, D. C., on brief.

Before TRASK, SNEED and SCHROEDER, Circuit Judges.

SNEED, Circuit Judge:

The Internal Revenue Service issued a summons to Silva requesting him to appear and produce records in his possession with respect to taxpayers Zimmer's joint income tax returns for 1974 and 1975. Pursuant to 26 U.S.C. § 7609, taxpayers directed Silva not to comply. The government then applied to the district court for an order enforcing the summons as permitted by 26 U.S.C. § 7604(b). The Zimmers intervened in the summons enforcement proceeding to contest the summons. After conducting a hearing, the district court ordered the summons enforced. This court denied the Zimmers' motion for a stay pending appeal. Following the denial of the stay, Silva complied fully with the summons.

Because the summons appealed from has been fully satisfied, the instant appeal is moot. *United States v. Arthur Anderson & Company*, 623 F.2d 720 (1st Cir. 1980); *United States v. Deak-Perera International Banking Corp.*, 610 F.2d 89 (2d Cir. 1979). We therefore remand this case to the district court with directions to vacate its order enforcing the summons. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed.2d 36 (1950).

Remanded.